USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 17, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
NICOLE O'CONNELL, individually and                            :
on behalf of all others similarly situated,                   :
                                                              :
                                    Plaintiff,  :     15 Civ. 7194 (KPF)
                                                              :
                                 -v.-           :            <u>ORDER</u>
                                                              :
CELLCEUTIX CORP., LEO EHRLICH, AND                            :
KRISHNA MENON,                                                :
                                Defendants. :
                                                              :
------------------------------------------------------------- :
                                                              X

KATHERINE POLK FAILLA, District Judge:

       On September 11, 2015, Plaintiff filed a class action lawsuit on behalf of certain stockholders in Cellceutix Corp. The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. §§ 78j(b), 78t(a).

       The Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class —
>
>      (I) of the pendency of the action, the claims asserted therein, and the purported class period . . . .

15 U.S.C. § 78u-4(a)(3)(A)(i).

It is hereby ORDERED that no later than **October 12, 2015**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated:    September 17, 2015
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge