

**The Rosen Law Firm**
INVESTOR COUNSEL

Phllip Kim
pkim@rosenlegal.com

October 8, 2015

**BY ECF**

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Zagami v. Cellceutix Corporation,* 1:15-CV-07194 (KPF)

Your Honor:

I write on behalf of Plaintiff in response to the Court's September 17, 2015 order. A PSLRA early notice was timely published on September 11, 2015 on *BusinessWire*. A copy of the notice is filed herewith. *See Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust v. LaBranche & Co., Inc.,* 229 F.R.D. 395, 403 (S.D.N.Y 2004) (accepting that *BusinessWire* is an appropriate wire service). A copy of the early notice is attached hereto.

Respectfully submitted,

/s/ Phillip Kim

Phillip Kim