9/17/2015 EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Cellceutix Corporation – CTIX - MarketWatch

Case 1:15-cv-07194-KPF   Document 11-1   Filed 10/08/15   Page 1 of 2



# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Cellceutix Corporation – CTIX

By
Published: Sept 11, 2015 3:37 p.m. ET

NEW YORK, Sep 11, 2015 (BUSINESS WIRE) -- Rosen Law Firm, a global investor rights law firm, announces that it has filed a class action lawsuit on behalf of purchasers of Cellceutix Corporation CTIX, -1.79% securities from May 10, 2013 through August 6, 2015, all dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Cellceutix investors under the federal securities laws.

To join the Cellceutix class action, go to the firm's website at http://www.rosenlegal.com/cases-689.html or call Phillip Kim, Esq. or Kevin Chan, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or kchan@rosenlegal.com for information on the class action. The lawsuit is pending in U.S. District Court for the Southern District of New York.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. YOU MAY RETAIN COUNSEL OF YOUR CHOICE.

According to the lawsuit, throughout the Class Period defendants issued materially false and misleading statements to investors and/or failed to disclose that: (1) Cellceutix's antibiotic drug candidate Brilacidin is ineffective; (2) Cellceutix's anti-cancer drug candidate Kevetrin does not activate p-53 gene, which suppresses tumors; (3) Cellceutix's co-founder and Director, Krishna Menon, did not earn his PhD in Pharmacology from Harvard University; and (4) as a result, Cellceutix's public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than November 10, 2015. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to the firm's website at http://www.rosenlegal.com/cases-689.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. or Kevin Chan, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or kchan@rosenlegal.com.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation.

View source version on businesswire.com: http://www.businesswire.com/news/home/20150911005847/en/

SOURCE: Rosen Law Firm

The Rosen Law Firm, P.A.
Laurence Rosen, Esq.
Phillip Kim, Esq.

9/17/2015　　　　　EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Cellceutix Corporation – CTIX - MarketWatch

Case 1:15-cv-07194-KPF   Document 11-1   Filed 10/08/15   Page 2 of 2

Kevin Chan, Esq.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: 212-686-1060
Toll Free: 866-767-3653
Fax: 212-202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
kchan@rosenlegal.com
www.rosenlegal.com

Copyright Business Wire 2015

MarketWatch
Copyright ©2015 MarketWatch, Inc. All rights reserved.

By using this site you agree to the Terms of Service, Privacy Policy, and Cookie Policy.

Intraday Data provided by SIX Financial Information and subject to terms of use. Historical and current end-of-day data provided by SIX Financial Information. Intraday data delayed per exchange requirements. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. All quotes are in local exchange time. Real time last sale data provided by NASDAQ. More information on NASDAQ traded symbols and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. S&P/Dow Jones Indices (SM) from Dow Jones & Company, Inc. SEHK intraday data is provided by SIX Financial Information and is at least 60-minutes delayed. All quotes are in local exchange time.