# Exhibit 3

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Cellceutix Loss Chart** | | | | | | | |
| Name | Date Purchased | Qty | Price per share | Total | Date Sold | Qty | Price per Share | Total | Shares Retained (1.62) | Value Retained | Total Loss/Gain |
| Zagami, Gary | 6/26/2015 | 2,000 | ($2.75) | ($5,500.00) | | | | | | | |
| | 7/20/2015 | 2,000 | ($3.45) | ($6,900.00) | | | | | | | |
| | 7/6/2015 | 1,000 | ($2.08) | ($2,080.00) | | | | | | | |
| | | 5,000 | | ($14,480.00) | | | | | 5,000 | $8,100.00 | ($6,380.00) |