## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE O'CONNELL, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>CELLCEUTIX CORP., *et al.*,<br><br>Defendants. | **15 Civ. 7194 (KPF)**<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the South and Eastern Districts of New York, I, Michael J. Sullivan, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for CELLCEUTIX CORPORATION, LEO EHRLICH, AND KRISHNA MENON in the above-captioned action.

    I am in good standing of the bar of the State of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Date: November 13, 2015

Respectfully Submitted,

/s/ Michael J. Sullivan
Michael J. Sullivan
Massachusetts BBO # 487210
Ashcroft Sullivan, LLC
200 State Street, 7th Floor
Boston, MA 02109
(P) 617-573-9400
(F) 617-933-7607
MSullivan@AshcroftLawFirm.com

1

## CERTIFICATE OF SERVICE

I, Michael J. Sullivan, certify that this Motion for Admission Pro Hac Vice is being filed through the ECF system on November 13, 2015, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Michael J. Sullivan
Michael J. Sullivan
