UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCEUTIX CORPORATION, LEO EHRLICH, AND KRISHNA MENON,<br><br>Defendants. | Case No. 1:15-cv-7194 (KPF)<br><br>**[PROPOSED] BRIEFING SCHEDULE**<br><br>**CLASS ACTION** |

The Court hereby vacates its Order dated October 29, 2015, and orders as follows:

(a) The first amended complaint filed by lead plaintiff on September 24, 2015 (Dkt. 10), shall serve as the operative, lead plaintiff complaint in this case;

(b) Defendants' motion to dismiss or answer that complaint shall be filed and served within 30 days of the appointment of lead plaintiff and lead counsel;

(c) Plaintiff's opposition to any motion to dismiss shall be filed and served within 30 days thereafter; and

(d) Defendants' reply shall be served and filed within 15 days thereafter.

**SO ORDERED**.

Dated:   November __, 2015
         New York, New York            _____
                                       KATHERINE POLK FAILLA
                                       United States District Judge