# EXHIBIT A

# Jonathan Stern

| | |
|---|---|
| **From:** | Jonathan Stern |
| **Sent:** | Friday, October 23, 2015 5:00 PM |
| **To:** | 'Michael Sullivan (msullivan@ashcroftlawfirm.com)' |
| **Subject:** | Cellceutix - briefing schedule |

Michael,

As I mentioned on the phone, since this is a PSLRA case it makes sense to set a briefing schedule for amending the complaint and answering or moving to dismiss that is keyed off of when the court appoints lead plaintiff.  So I propose the following schedule – lead plaintiff will amend within 60 days of an order appointing lead plaintiff, Defendants shall move to dismiss or answer within 60 days of that.  If a motion to dismiss is filed, Plaintiffs shall have 60 days to oppose, and defendants will have 30 days to reply.


Jonathan Stern, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel: 212.686.1060
Fax: 212.202.3827
jstern@rosenlegal.com
www.rosenlegal.com