# EXHIBIT B

**Jonathan Stern**

| | |
|---|---|
| **From:** | Phillip Kim |
| **Sent:** | Thursday, November 05, 2015 8:22 AM |
| **To:** | Sullivan, Mike |
| **Cc:** | Jonathan Stern |
| **Subject:** | RE: Cellceutix: |

Mike- I understand Jon Stern from my office has been discussing a potential schedule with you relating to filing of an amended complaint keyed off the appointment of lead plaintiff and lead counsel.  Jon has been on vacation and has sporadic access to email, I'm writing to check in on that.  We should agree to a schedule before the lead plaintiff deadline.