# EXHIBIT C

# Jonathan Stern

**From:** Phillip Kim
**Sent:** Tuesday, November 10, 2015 2:48 PM
**To:** Sullivan, Mike
**Cc:** Jonathan Stern
**Subject:** RE: Cellceutix:

Mike-

I'm following up on this as I have not heard back from you.  Also my office in early October served requests to waive service and notice of lawsuit on your clients.  I'll have to check the file, but the 30 day period has probably run by now or will be running soon-- which would obligate your clients to foot the bill for service if we decide to serve them.   As a courtesy, I'm asking you whether your clients will waive service, let me know by the end of the week.  Thanks.  Do let me know about the schedule for the filing of an amended complaint as soon as possible.  Thanks.

---

**From:** Phillip Kim
**Sent:** Thursday, November 05, 2015 8:22 AM
**To:** Sullivan, Mike
**Cc:** Jonathan Stern
**Subject:** RE: Cellceutix:

Mike- I understand Jon Stern from my office has been discussing a potential schedule with you relating to filing of an amended complaint keyed off the appointment of lead plaintiff and lead counsel.  Jon has been on vacation and has sporadic access to email, I'm writing to check in on that.  We should agree to a schedule before the lead plaintiff deadline.