```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 18, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
GARY ZAGAMI, *individually and on behalf*             :
*of all others similarly situated*,                   :
                                                      :   15 Civ. 7194 (KPF)
                                      Plaintiff,      :
                                                      :        ORDER
                    v.                                :
                                                      :
CELLCEUTIX CORP., *et al.*,                           :
                                                      :
                                     Defendants.      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

Pursuant to the conference held on December 18, 2015, Plaintiff's request to file a Second Amended Complaint is GRANTED.  Plaintiff's Second Amended Complaint will be due no later than **January 6, 2016**.

Defendants' contemplated Motion to Dismiss will be due **February 5, 2016**.  Plaintiff's Response will be due **March 7, 2016**.  Defendants' Reply will be due **March 21, 2016**.

The Clerk of Court is directed to amend the caption of this case in accordance with the caption of this Order.

SO ORDERED.

Dated:   December 18, 2015
         New York, New York

                                          _____
                                             KATHERINE POLK FAILLA
                                             United States District Judge