

**The Rosen Law Firm**
INVESTOR COUNSEL

Jonathan Stern
jstern@rosenlegal.com

December 30, 2015

**BY ECF**

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Zagami v. Cellceutix Corporation,* 1:15-CV-07194 (KPF)

Your Honor:

I write on behalf of Plaintiff to request a brief extension to file a Second Amended Complaint, from January 6, 2015 to January 11, 2015. I request this extension due to the fact that I have amended complaints due on January 4 in two other matters, as well as a response to an objection in a bankruptcy matter due January 6. I conferred with counsel for Defendants and he declined to stipulate to the extension requested herein. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Jonathan Stern

Jonathan Stern