**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------X

GARY ZAGAMI, Individually and on Behalf of All Others Similarly Situated,

**No.: 1:15-cv-7194 (KPF)**

       Plaintiff,

**[PROPOSED] ORDER**
**EXTENDING TIME TO AMEND**

      vs.

**CLASS ACTION**

CELLCEUTIX CORPORATION, LEO
EHRLICH, AND KRISHNA MENON,

       Defendants.
------------------------------------------------------------------------------X

## [PROPOSED] ORDER

### IT IS HEREBY ORDERED THAT:

1.     Plaintiff's Second Amended Complaint will be due no later than January 11, 2016.

2.     Defendants' contemplated Motion to Dismiss will be Due February 10, 2016, Plaintiff's Opposition will be due March 11.  Defendants' reply will be due March 25.

SO ORDERED:

Dated  _____, 2015      _____

                            HONORABLE KATHERINE POLK FAILLA
                            UNITED STATES DISTRICT JUDGE