```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 5, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
GARY ZAGAMI, Individually and on behalf  :
of all others similarly situated,                           :
:                  15 Civ. 7194 (KPF)
Plaintiff,    :
:                        ORDER
v.                                    :
:
CELLCEUTIX CORP., *et al.*,                           :
:
Defendants.  :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that:

1. Plaintiff's Second Amended Complaint will be due no later than **January 11, 2016.**

2. Defendants' contemplated Motion to Dismiss will be due **February 10, 2016**; Plaintiff's Opposition will be due **March 11, 2016**; Defendants' Reply will be due **March 25, 2016**.

The Court will not grant any further extensions in this matter absent exceptional circumstances.

SO ORDERED.

Dated:    January 5, 2016
              New York, New York

                                                                      _____
                                                                                KATHERINE POLK FAILLA
                                                                                United States District Judge