```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 5, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

GARY ZAGAMI, Individually and on behalf
of all others similarly situated,

                     Plaintiff,

       v.

CELLCEUTIX CORP., *et al.*,

                     Defendants.

------------------------------------------------------X

15 Civ. 7194 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that:

1. Plaintiff's Second Amended Complaint will be due no later than **January 11, 2016.**

2. Defendants' contemplated Motion to Dismiss will be due **February 10, 2016**; Plaintiff's Opposition will be due **March 11, 2016**; Defendants' Reply will be due **March 25, 2016**.

The Court will not grant any further extensions in this matter absent exceptional circumstances.

SO ORDERED.

Dated:    January 5, 2016
           New York, New York

                                                              *Katherine Polk Failla*
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge