UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCEUTIX CORPORATION, LEO EHRLICH, AND KRISHNA MENON,<br><br>Defendants. | **Case No. 1:15-cv-7194 (KPF)**<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendants CELLCEUTIX CORPORATION, LEO EHRLICH, and KRISHNA MENON, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(3) & (6) and the Private Securities Litigation Reform Act of 1995, hereby move to dismiss Plaintiff's Second Amended Complaint ("SAC") for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that their Motion to Dismiss be granted and that the SAC be dismissed with prejudice.

Dated:  February 10, 2016                                           Respectfully Submitted,

**THE ASHCROFT LAW FIRM, LLC**

/s/ Michael J. Sullivan
200 State Street, 7th Floor
Boston, MA 02109
(P) 617-573-9400
MSullivan@Ashcroftlawfirm.com

*Counsel for Defendants*