UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCEUTIX CORPORATION, LEO EHRLICH, AND KRISHNA MENON,<br><br>Defendants. | Case No. 1:15-cv-7194 (KPF)<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF MICHAEL J. SULLIVAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**

I, Michael J. Sullivan, declare as follows:

1. I am an attorney admitted to practice before this Court and am associated with the Ashcroft Law Firm, LLC, counsel to Defendants CELLCEUTIX CORPORATION, LEO EHRLICH, and KRISHNA MENON in the above-captioned case. I have personal knowledge of the facts contained in this declaration, and am competent to testify as to those facts.

2. Attached hereto as Exhibits are true and correct copies of the documents on the following chart, including, where applicable, the paragraph in which the Second Amended Complaint ("SAC") references the document, and the basis for taking judicial notice:

| Ex. | Document Description | Basis for Judicial Notice |
|---|---|---|
| 1 | Article, "*Cellceutix: Empty Office, Unviable 'Science', Misleading Disclosures, 96% Downside,*" by Mako Research (anonymous author), posted on http://seekingalpha.com Aug. 6, 2015 | Referenced in SAC at ¶¶39-41 |

| Ex. | Document Description | Basis for Judicial Notice |
|---|---|---|
| 2 | Cellceutix Press Release, "Cellceutix Provides Insights to its Four Clinical Trials for the treatment of ABSSSI (Completed Phase 2), Anti-Cancer (Phase 1), Psoriasis (Phase 2), and Oral Mucositis in Head and Neck Cancer Patients (Phase 2), Aug. 7, 2015 | Referenced and relied upon repeatedly in SAC at ¶¶ 5, 26, 28, 36, 45-47 |
| 3 | Cellceutix Corporation, Form 10-K, United States Securities and Exchange Commission, For the Period Ending June 30, 2009, dated October 8, 2009 (Excerpt)<br><br>Full text available at: http://www.sec.gov/Archives/edgar/data/1355250/000135525009000018/form10k.htm | Public disclosure document filed with the SEC |
| 4 | Cellceutix Corporation, Form 10-K, United States Securities and Exchange Commission, For the Period Ending June 30, 2010, dated Oct. 12, 2010 (Excerpt)<br><br>Full text available at: http://www.sec.gov/Archives/edgar/data/1355250/000135525010000023/form10k.htm | Public disclosure document filed with the SEC |
| 5 | Cellceutix Corporation, Form 10-K, United States Securities and Exchange Commission, For the Period Ending June 30, 2011, dated Oct. 13, 2011 (Excerpt)<br><br>Full text available at: http://www.sec.gov/Archives/edgar/data/1355250/000114420411057659/v237150_10k.htm | Public disclosure document filed with the SEC |
| 6 | Cellceutix Corporation, Form 10-K, United States Securities and Exchange Commission, For the Period Ending June 30, 2012, dated Oct. 12, 2012 (Excerpt)<br><br>Full text available at: http://www.sec.gov/Archives/edgar/data/1355250/000154823312000017/annual2012_10k.htm | Public disclosure document filed with the SEC |
| 7 | Cellceutix Corporation, Form 10-K, United States Securities and Exchange Commission, For the Period Ending June 30, 2013, dated Sept. 30, 2013 (Excerpt)<br><br>Full text available at: http://www.sec.gov/Archives/edgar/data/1355250/000117152013000616/annual2013_10k.htm | Public disclosure document filed with the SEC |

| Ex. | Document Description | Basis for Judicial Notice |
|---|---|---|
| 8 | Cellceutix Corporation, Form 10-K, United States Securities and Exchange Commission, For the Period Ending June 30, 2014, dated Sept. 15, 2014 (Excerpt)<br><br>Full text available at: http://www.sec.gov/Archives/edgar/data/1355250/000147793214005027/ctix_10k.htm | Public disclosure document filed with the SEC |
| 9 | Cellceutix Corporation, Form 10-K, United States Securities and Exchange Commission, For the Period Ending June 30, 2015, dated Sept. 11, 2015 (Excerpt)<br><br>Full text available at: http://www.sec.gov/Archives/edgar/data/1355250/000147793215005843/ctix_10k.htm | Public disclosure document filed with the SEC |
| 10 | Article, "*The man who dares to take on cancer*," by Prashob K P, in <u>Future Woman</u>, dated March 10, 2013 | Relied upon in SAC at ¶22 as a false or misleading statement |
| 11 | Article, "*An Interview with Leo Ehrlich, Cellceutix CEO*," by KarinCA, posted on website http://seekingalpha.com, May 14, 2013 | Referenced in SAC at ¶29 |
| 12 | Cellceutix Corporation, Form 8-K, United States Securities and Exchange Commission, Date of Report: Sept. 24, 2014, and Exhibit, Press Release dated Sept. 24, 2014, titled "CELLCEUTIX PROVIDES UPDATE TO SHAREHOLDERS"<br><br>Text available at: http://www.sec.gov/Archives/edgar/data/1355250/000147793214005136/ctix_8k.htm (Form 8-K) http://www.sec.gov/Archives/edgar/data/1355250/000147793214005136/ctix_ex991.htm (Exhibit) | Relied upon in SAC at ¶33 as a false or misleading statement |
| 13 | Cellceutix Press Release, "Reports Spleen Lesion 'Disappears' in Patient with Metastatic Stage 4 Ovarian Cancer in Clinical Trial of AntiCancer Drug Kevetrin," Jan. 20, 2015 | Relied upon in SAC at ¶35 as a false or misleading statement |
| 14 | Cellceutix Press Release, "Cellceutix Acquires PolyMedix Assets From Bankruptcy Court, Gains Ownership of Two Clinical Stage Drugs, Multiple Compounds, and Equipment Assets," Sept. 9, 2013 | Relied upon in SAC at ¶37 for claim of failure to disclose |
| 15 | Chart Presentation, "*Brilacidin, Host Defence Peptide mimetic, one of a new class of immunomodulatory agents that can target multiple disease indications*," 2015 European Congress of Clinical Microbiology and Infectious Diseases ("ECCMID"), Copenhagen, Denmark | Incomplete chart presentation relied upon in SAC at ¶25 as false or misleading statement |

| Ex. | Document Description | Basis for Judicial Notice |
|---|---|---|
| 16 | Cellceutix Press Release, "FDA Grants Fast Track Designation to Cellceutix's Brilacidin-OM for Oral Mucositis," dated Nov. 25, 2015 | Fed. R. Evid. 201; FDA determination |
| 17 | Chart of Celleceutix Stock Price, Jan. 1, 2010 to Feb. 9, 2016<br><br>Full information available:<br>http://finance.yahoo.com/q/hp?s=CTIX+Historical+Prices | Fed. R. Evid. 201 |
| 18 | Notice, "*EQUITY ALERT: The Rosen Law Firm Announces Investigation of Securities Claims Against Cellceutix Corporation – CTIX*", dated Aug. 6, 2015 | Fed. R. Evid. 201 |
| 19 | Notice, "*EQUITY ALERT: Rosen Law Firm Files Securities Class Action Against Cellceutix Corporation – CTIX*", dated Sep.11, 2015 | Dkt. 11-1, 15-1 (included for Court's convenience) |
| 20 | Cellceutix Transfer Agent Report (listing original shareholders of Cellceutix)<br><br>Transfer Agent Website found at:<br>http://www.pacificstocktransfer.com/<br><br>SEC Fast Answers found at:<br>https://www.sec.gov/answers/transferagent.htm | Fed. R. Evid. 201 |

Dated:  February 10, 2016

Respectfully Submitted,

**THE ASHCROFT LAW FIRM, LLC**

/s/ Michael J. Sullivan
200 State Street, 7th Floor
Boston, MA 02109
(P) 617-573-9400
MSullivan@Ashcroftlawfirm.com

*Counsel for Defendants*