# EXHIBIT 20

# CELLCEUTIX CORPORATION
## Shareholder Report as of 6/30/2008
**Common Stock**

CUSIP NUMBER   15115V 101

| | Shares Outstanding | 91,891,000 |
|---|---|---|
| | Shares Restricted | 82,100,000 |
| | Share Holders | 82 |
| | Active Certificates | 104 |

| Stock Holder | Date Issued | Cert No | No of Shares | Status | Date Restr | Lost or Stolen |
|---|---|---|---|---|---|---|
| ■■■ | 12/07/2007 | 179 | 2,382,756 | R | 12/07/2007 | |
| | **Total Shares** | | **2,382,756** | | | |
| ■■■ | 12/07/2007 | 176 | 2,382,756 | R | 12/07/2007 | |
| | **Total Shares** | | **2,382,756** | | | |
| ■■■ | 12/07/2007 | 175 | 2,382,756 | R | 12/07/2007 | |
| | **Total Shares** | | **2,382,756** | | | |
| ■■■ | 12/07/2007 | 178 | 2,382,756 | R | 12/07/2007 | |
| | **Total Shares** | | **2,382,756** | | | |
| ■■■ | 12/07/2007 | 177 | 2,382,756 | R | 12/07/2007 | |
| | **Total Shares** | | **2,382,756** | | | |
| ■■■ | 12/07/2007 | 172 | 2,382,756 | R | 12/07/2007 | |
| | **Total Shares** | | **2,382,756** | | | |
| ■■■ | 02/12/2008 | 251 | 384 | | | |
| | **Total Shares** | | **384** | | | |
| ■■■ | 01/30/2008 | 207 | 6,140 | | | |
| | **Total Shares** | | **6,140** | | | |
| ■■■ | 02/12/2008 | 243 | 3,531 | | | |
| | **Total Shares** | | **3,531** | | | |

# CELLCEUTIX CORPORATION

Shareholder Report as of 6/30/2008

**Common Stock**

CUSIP NUMBER   15115V 101

| Stock Holder | Date Issued | Cert No | No of Shares | Status | Date Restr | Lost or Stolen |
|---|---|---|---|---|---|---|
| ▮▮▮▮ | 12/07/2007 | 183 | 10,004 | R | 12/07/2007 | |
| | **Total Shares** | | **10,004** | | | |
| ▮▮▮▮ | 12/07/2007 | 167 | 20,008 | R | 12/07/2007 | |
| | **Total Shares** | | **20,008** | | | |
| ▮▮▮▮ | 12/07/2007 | 191 | 5,002 | R | 12/07/2007 | |
| | **Total Shares** | | **5,002** | | | |
| ▮▮▮▮ | 12/07/2007 | 184 | 100,040 | R | 12/07/2007 | |
| | **Total Shares** | | **100,040** | | | |
| ▮▮▮▮ | 12/07/2007 | 181 | 20,000 | R | 12/07/2007 | |
| | **Total Shares** | | **20,000** | | | |
| ▮▮▮▮ | 01/30/2008 | 205 | 6,140 | | | |
| | **Total Shares** | | **6,140** | | | |
| ▮▮▮▮ | 12/07/2007 | 161 | 50,020 | R | 12/07/2007 | |
| | 01/30/2008 | 201 | 16,140 | | | |
| | 02/12/2008 | 236 | 33,860 | | | |
| | **Total Shares** | | **100,020** | | | |
| ▮▮▮▮ | 04/24/2007 | 142 | 20,000 | | | |
| | 03/13/2008 | 258 | 168,176 | | | |
| | 04/10/2008 | 260 | 80,517 | | | |
| | 05/15/2008 | 280 | 1,381,639 | | | |
| | 05/22/2008 | 283 | 7,676 | | | |
| | 05/23/2008 | 284 | 2,040,334 | | | |
| | 06/09/2008 | 286 | 23,027 | | | |
| | 06/16/2008 | 289 | 2,471,751 | | | |
| | 06/19/2008 | 290 | 250,000 | | | |
| | **Total Shares** | | **6,443,120** | | | |

# CELLCEUTIX CORPORATION

## Shareholder Report as of 6/30/2008

**Common Stock**

CUSIP NUMBER    15115V 101

| Stock Holder | Date Issued | Cert No | No of Shares | Status | Date Restr | Lost or Stolen |
|---|---|---|---|---|---|---|
| [redacted] | 02/12/2008 | 235 | 6,140 | | | |
| | **Total Shares** | | **6,140** | | | |
| [redacted] | 04/15/2008 | 262 | 15,351 | | | |
| | **Total Shares** | | **15,351** | | | |
| [redacted] | 12/07/2007 | 170 | 199,998 | R | 12/07/2007 | |
| | **Total Shares** | | **199,998** | | | |
| [redacted] | 01/30/2008 | 225 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |
| [redacted] | 05/22/2008 | 282 | 100,000 | R | 05/22/2008 | |
| | **Total Shares** | | **100,000** | | | |
| [redacted] | 02/12/2008 | 233 | 154 | | | |
| | **Total Shares** | | **154** | | | |
| [redacted] | 12/07/2007 | 160 | 50,020 | R | 12/07/2007 | |
| | **Total Shares** | | **50,020** | | | |
| [redacted] | 04/30/2008 | 275 | 7,745,002 | RC | 04/30/2008 | |
| | **Total Shares** | | **7,745,002** | | | |
| [redacted] | 12/07/2007 | 149 | 1,199,988 | R | 12/07/2007 | |
| | **Total Shares** | | **1,199,988** | | | |

# CELLCEUTIX CORPORATION

## Shareholder Report as of 6/30/2008

**Common Stock**

CUSIP NUMBER    15115V 101

| Stock Holder | Date Issued | Cert No | No of Shares | Status | Date Restr | Lost or Stolen |
|---|---|---|---|---|---|---|
| [redacted] | 12/07/2007 | 150 | 1,612,858 | R | 12/07/2007 | |
| | **Total Shares** | | **1,612,858** | | | |
| [redacted] | 12/07/2007 | 151 | 749,972 | R | 12/07/2007 | |
| | **Total Shares** | | **749,972** | | | |
| [redacted] | 12/07/2007 | 152 | 749,972 | R | 12/07/2007 | |
| | **Total Shares** | | **749,972** | | | |
| [redacted] | 12/07/2007 | 153 | 2,752,310 | R | 12/07/2007 | |
| | **Total Shares** | | **2,752,310** | | | |
| [redacted] | 12/07/2007 | 168 | 15,006 | R | 12/07/2007 | |
| | **Total Shares** | | **15,006** | | | |
| [redacted] | 12/07/2007 | 154 | 2,766,496 | RC | 12/07/2007 | |
| | **Total Shares** | | **2,766,496** | | | |
| [redacted] | 12/07/2007 | 156 | 917,908 | R | 12/07/2007 | |
| | **Total Shares** | | **917,908** | | | |
| [redacted] | 12/07/2007 | 155 | 917,908 | R | 12/07/2007 | |
| | **Total Shares** | | **917,908** | | | |
| [redacted] | 06/24/2008 | 291 | 925,000 | | | |
| | **Total Shares** | | **925,000** | | | |

# CELLCEUTIX CORPORATION

Shareholder Report as of 6/30/2008

**Common Stock**

CUSIP NUMBER    15115V 101

| Stock Holder | Date Issued | Cert No | No of Shares | Status | Date Restr | Lost or Stolen |
|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | 02/12/2008 | 255 | 384 | | | |
| | **Total Shares** | | **384** | | | |
| **EMIL FREI**<br>**1350 BROADWAY**<br>**NEW YORK, NY  10018** | 12/07/2007 | 165 | 300,038 | R | 12/07/2007 | |
| | **Total Shares** | | **300,038** | | | |
| ▓▓▓▓▓▓▓▓▓▓ | 01/30/2008 | 221 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |
| ▓▓▓▓▓▓▓▓▓▓ | 01/30/2008 | 199 | 3,377 | | | |
| | **Total Shares** | | **3,377** | | | |
| ▓▓▓▓▓▓▓▓▓▓ | 02/12/2008 | 231 | 1,811 | | | |
| | **Total Shares** | | **1,811** | | | |
| ▓▓▓▓▓▓▓▓▓▓ | 01/30/2008 | 211 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |
| ▓▓▓▓▓▓▓▓▓▓ | 12/07/2007 | 169 | 199,998 | R | 12/07/2007 | |
| | **Total Shares** | | **199,998** | | | |
| ▓▓▓▓▓▓▓▓▓▓ | 12/07/2007 | 189 | 199,998 | R | 12/07/2007 | |
| | 04/30/2008 | 277 | 200,000 | R | 04/30/2008 | |
| | **Total Shares** | | **399,998** | | | |
| ▓▓▓▓▓▓▓▓▓▓ | 01/30/2008 | 215 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |

# CELLCEUTIX CORPORATION

## Shareholder Report as of 6/30/2008

**Common Stock**

CUSIP NUMBER   15115V 101

| Stock Holder | Date Issued | Cert No | No of Shares | Status | Date Restr | Lost or Stolen |
|---|---|---|---|---|---|---|
| [redacted] | 01/30/2008 | 196 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |
| [redacted] | 12/07/2007 | 163 | 50,020 | R | 12/07/2007 | |
| | **Total Shares** | | **50,020** | | | |
| [redacted] | 01/30/2008 | 209 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |
| **HAR GOBIND KHORANA** <br> 1350 BROADWAY <br> NEW YORK, NY  10018 | 12/07/2007 | 166 | 300,038 | R | 12/07/2007 | |
| | **Total Shares** | | **300,038** | | | |
| [redacted] | 02/12/2008 | 239 | 154 | | | |
| | **Total Shares** | | **154** | | | |
| [redacted] | 01/30/2008 | 229 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |
| [redacted] | 12/07/2007 | 171 | 40,016 | R | 12/07/2007 | |
| | **Total Shares** | | **40,016** | | | |
| [redacted] | 04/30/2008 | 278 | 5,000 | R | 04/30/2008 | |
| | **Total Shares** | | **5,000** | | | |
| [redacted] | 01/30/2008 | 227 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |

# CELLCEUTIX CORPORATION

## Shareholder Report as of 6/30/2008

**Common Stock**

CUSIP NUMBER    15115V 101

| Stock Holder | Date Issued | Cert No | No of Shares | Status | Date Restr | Lost or Stolen |
|---|---|---|---|---|---|---|
| ▮▮▮ | 12/07/2007 | 174 | 2,539,294 | R | 12/07/2007 | |
| | Total Shares | | 2,539,294 | | | |
| ▮▮▮ | 01/30/2008 | 213 | 1,535 | | | |
| | Total Shares | | 1,535 | | | |
| ▮▮▮ | 12/07/2007 | 157 | 32,048,286 | RC | 12/07/2007 | |
| | Total Shares | | 32,048,286 | | | |
| ▮▮▮ | 12/07/2007 | 158 | 2,150,040 | R | 12/07/2007 | |
| | 01/30/2008 | 194 | 3,750 | | | |
| | 01/30/2008 | 197 | 1,124 | | | |
| | 01/30/2008 | 200 | 2,483 | | | |
| | 01/30/2008 | 204 | 4,132 | | | |
| | 02/12/2008 | 246 | 8,465 | | | |
| | 02/12/2008 | 248 | 8,465 | | | |
| | 02/12/2008 | 250 | 8,465 | | | |
| | 02/12/2008 | 252 | 2,116 | | | |
| | 02/12/2008 | 254 | 8,888 | | | |
| | 02/12/2008 | 256 | 2,116 | | | |
| | 04/15/2008 | 273 | 875,000 | | | |
| | Total Shares | | 3,075,044 | | | |
| ▮▮▮ | 12/07/2007 | 159 | 4,497,782 | R | 12/07/2007 | |
| | Total Shares | | 4,497,782 | | | |
| ▮▮▮ | 12/07/2007 | 190 | 15,006 | R | 12/07/2007 | |
| | Total Shares | | 15,006 | | | |
| ▮▮▮ | 12/07/2007 | 180 | 124,968 | R | 12/07/2007 | |
| | Total Shares | | 124,968 | | | |

# CELLCEUTIX CORPORATION

## Shareholder Report as of 6/30/2008

**Common Stock**

CUSIP NUMBER    15115V 101

| Stock Holder | Date Issued | Cert No | No of Shares | Status | Date Restr | Lost or Stolen |
|---|---|---|---|---|---|---|
| ▉▉▉▉ | 12/07/2007 | 164 | 50,020 | R | 12/07/2007 | |
| | **Total Shares** | | **50,020** | | | |
| ▉▉▉▉ | 12/07/2007 | 182 | 10,004 | R | 12/07/2007 | |
| | **Total Shares** | | **10,004** | | | |
| ▉▉▉▉ | 12/07/2007 | 173 | 4,580,356 | R | 12/07/2007 | |
| | **Total Shares** | | **4,580,356** | | | |
| ▉▉▉▉ | 02/12/2008 | 247 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |
| ▉▉▉▉ | 02/12/2008 | 245 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |
| ▉▉▉▉ | 02/12/2008 | 237 | 154 | | | |
| | **Total Shares** | | **154** | | | |
| ▉▉▉▉ | 04/15/2008 | 269 | 1,360,222 | | | |
| | **Total Shares** | | **1,360,222** | | | |
| ▉▉▉▉ | 01/30/2008 | 223 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |
| ▉▉▉▉ | 02/12/2008 | 249 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |

# CELLCEUTIX CORPORATION

## Shareholder Report as of 6/30/2008

**Common Stock**

CUSIP NUMBER   15115V 101

| Stock Holder | Date Issued | Cert No | No of Shares | Status | Date Restr | Lost or Stolen |
|---|---|---|---|---|---|---|
| ▇▇▇ | 01/30/2008 | 195 | 3,792 | | | |
| | **Total Shares** | | **3,792** | | | |
| ▇▇▇ | 02/12/2008 | 253 | 1,612 | | | |
| | **Total Shares** | | **1,612** | | | |
| ▇▇▇ | 02/12/2008 | 241 | 154 | | | |
| | **Total Shares** | | **154** | | | |
| ▇▇▇ | 12/07/2007 | 192 | 35,000 | R | 12/07/2007 | |
| | **Total Shares** | | **35,000** | | | |
| ▇▇▇ | 12/07/2007 | 185 | 100,040 | R | 12/07/2007 | |
| | **Total Shares** | | **100,040** | | | |
| ▇▇▇ | 12/07/2007 | 162 | 250,018 | R | 12/07/2007 | |
| | **Total Shares** | | **250,018** | | | |
| ▇▇▇ | 01/30/2008 | 217 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |
| ▇▇▇ | 01/30/2008 | 219 | 1,535 | | | |
| | **Total Shares** | | **1,535** | | | |
| ▇▇▇ | 04/30/2008 | 276 | 50,000 | R | 04/30/2008 | |
| | **Total Shares** | | **50,000** | | | |

# CELLCEUTIX CORPORATION

## Shareholder Report as of 6/30/2008

**Common Stock**

CUSIP NUMBER   15115V 101

| Stock Holder | Date Issued | Cert No | No of Shares | Status | Date Restr | Lost or Stolen |
|---|---|---|---|---|---|---|
| ▮▮▮▮ | 01/30/2008 | 202 | 15,351 | | | |
| | **Total Shares** | | **15,351** | | | |
| ▮▮▮▮ | 12/07/2007 | 186 | 25,010 | R | 12/07/2007 | |
| | **Total Shares** | | **25,010** | | | |
| ▮▮▮▮ | 12/07/2007 | 188 | 15,006 | R | 12/07/2007 | |
| | **Total Shares** | | **15,006** | | | |
| ▮▮▮▮ | 12/07/2007 | 187 | 35,014 | R | 12/07/2007 | |
| | **Total Shares** | | **35,014** | | | |

**Legend**

| | | | | | |
|---|---|---|---|---|---|
| R | Restricted | 701 | 701 Restriction | A | Administrative Stop |
| C | Control | CA | Control Admin Stop | CSL | Control Special Leg |
| L | Special Legend | NP | Notes on Processing | OS | Owner Stop Order |
| R | Restricted | RA | Restricted Admin Sto | RC | Restricted Control |
| RS | Restricted Spec Leg | RSL | Restricted Spec Leg | S | Regulation S |
| SC | Regulation S control | SL | Special Legend | SSL | Reg S Spec Leg |