```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 1, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GARY ZAGAMI,

                    Plaintiff,           15 Civ. 7194 (KPF)

     v.                                      ORDER

CELLCEUTIX CORPORATION, *et al.*,

                    Defendants.
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    The Clerk of Court is directed to terminate the letter motions at docket entries 26 and 27, which motions were previously resolved by the Court.

    SO ORDERED.

Dated:    March 1, 2016
             New York, New York

                                                   KATHERINE POLK FAILLA
                                                  United States District Judge