**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Jonathan Stern, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com
Email: jstern@rosenlegal.com

Counsel for Plaintiff Zagami

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of all Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLCEUTIX CORPORATION, LEO EHRLICH, and KRISHNA MENON,<br><br>    Defendants. | **Case No. 1:15-cv-7194 (KPF)**<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>**JURY TRIAL DEMANDED** |

1

Plaintiff respectfully requests that the Court take judicial notice of the following three Exhibits to the Declaration of Jonathan Stern:

1. Exhibit 1 is webpages from the website of OTC Markets.  The first web page shows that the OTC Pink Marketplace is part of OTC Markets.  The second page lists OTC Markets' headquarters as New York.  The pages were obtained on March 11, 2016, and are available at http://www.otcmarkets.com/marketplaces/otc-pink and http://www.otcmarkets.com/contactUs

2. Exhibit 2 is the "events" page on the Cellceutix website. It was obtained on March 11, 2016 and is available at http://cellceutix.com/events/.  It lists Investor presentations in New York on September 9, 2013, September 9, 2014, and May 21, 2015.

3. Exhibit 3 is a webpage from the National Institutes of Health defining a Phase 1 clinical trial.  It was obtained on March 11, 2016, and is available at https://www.nlm.nih.gov/services/ctphases.html.

A fact is judicially noticeable if it is "not subject to reasonable dispute because it: (1) is generally known within the trial court's jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). In this case, each fact on which the Complaint relies can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned.  Exhibit 1, which comes from the website of OTC Markets, indicates that it is headquartered in New York and the OTC Pink Market is a part of it. Exhibit 2 is from Defendants' own website and it indicates when Defendants conducted investor presentations in New York. Exhibit 3 is from the National Institutes of Health describing Phase 1 trials.

Dated: January March 11, 2016	Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Jonathan Stern
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Jonathan Stern, Esq.
275 Madison Avenue, 34th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax: (212) 202-3827

*Counsel for Plaintiff Zagami*