**ASHCROFT SULLIVAN**™

March 25, 2016

**VIA ECF & EMAIL**
**(Failla_NYSDChambers@nysd.uscourts.gov)**

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Gary Zagami, et al. v. Cellceutix Corp., et al., Case No. 1:15-cv-07194-KPF*

Dear Judge Failla,

    We represent Defendants Cellceutix Corporation, Leo Ehrlich, and Krishna Menon (collectively "Defendants") in the above-referenced matter. Defendants' Reply Memorandum of Law in Support of their Motion to Dismiss the Second Amended Complaint (Dkt. 46) was filed today, and pursuant to this Court's Individual Rule 4(E), Defendants accordingly respectfully request Oral Argument on its Motion to Dismiss the Second Amended Complaint (Dkt. 36).

                  Respectfully Submitted,

By:    /s/ Michael J. Sullivan
        MICHAEL J. SULLIVAN
        Ashcroft Sullivan, LLC
        200 State Street, 7th Floor
        Boston, MA 02109
        Tel: 617-573-9400
        msullivan@ashcroftlawfirm.com

cc: All counsel of record by ECF