**ASHCROFT SULLIVAN**™

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 25, 2016

March 25, 2016

**VIA ECF & EMAIL**
**(Failla_NYSDChambers@nysd.uscourts.gov)**

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Gary Zagami, et al. v. Cellceutix Corp., et al., Case No. 1:15-cv-07194-KPF</u>

Dear Judge Failla,

    We represent Defendants Cellceutix Corporation, Leo Ehrlich, and Krishna Menon (collectively "Defendants") in the above-referenced matter. Defendants' Reply Memorandum of Law in Support of their Motion to Dismiss the Second Amended Complaint (Dkt. 46) was filed today, and pursuant to this Court's Individual Rule 4(E), Defendants accordingly respectfully request Oral Argument on its Motion to Dismiss the Second Amended Complaint (Dkt. 36).

    Respectfully Submitted,

By:    /s/ Michael J. Sullivan
    MICHAEL J. SULLIVAN
    Ashcroft Sullivan, LLC
    200 State Street, 7th Floor
    Boston, MA 02109
    Tel: 617-573-9400
    msullivan@ashcroftlawfirm.com

```
The Court is in receipt of Defendants' request for oral argument on
their motion to dismiss, supra.  Should the Court determine that oral
argument would aid in its adjudication of Defendants' motion, it
will promptly notify the parties.

Dated:   March 25, 2016
         New York, New York
```

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE