# EXHIBIT 3

```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #: _____
                                        DATE FILED: 12/14/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
IN RE AUSTRALIA AND NEW ZEALAND BANKING   :   08 Civ. 11278 (DLC)
GROUP LIMITED SECURITIES LITIGATION  :
                                     :      ORDER
                                     :
-------------------------------------X

DENISE COTE, District Judge:

   Under the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, the Court must,

> upon final adjudication of the action, . . . include in the record specific findings regarding compliance by each party and each attorney representing any party with each requirement of Rule 11(b) of the Federal Rules of Civil Procedure as to any complaint, responsive pleading, or dispositive motion.

15 U.S.C. § 78u-4(c)(1). Accordingly, it is hereby

   ORDERED that plaintiff shall file proposed findings of fact and conclusions of law for the Court's consideration pursuant to 15 U.S.C. § 78u-4(c)(1) by **January 22, 2010**.

   IT IS FURTHER ORDERED that the defendants shall file their opposition to plaintiff's proposed findings of fact and conclusions of law, if any, by **January 29, 2010**.

   SO ORDERED:

Date:    New York, New York
         December 14, 2009

                           _____
                                    DENISE COTE
                           United States District Judge