**THE ROSEN LAW FIRM, P.A.**
Jonathan Stern, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
jstern@rosenlegal.com
lrosen@rosenlegal.com

Lead Counsel for Plaintiffs and Class

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCEUTIX CORPORATION, LEO EHRLICH, and KRISHNA MENON,<br><br>Defendants. | **Case No. 1:15-cv-7194 (KPF)**<br><br>**CLASS ACTION** |

### NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff Gary Zagami appeals to the United States Court of Appeals for the Second Circuit from the memorandum and opinion and judgment both entered on June 8, 2016 (Doc. No. 49, 50).

DATED:  July 8, 2016  **THE ROSEN LAW FIRM, P.A.**

/s/ Jonathan Stern
Jonathan Stern, Esq.
Laurence Rosen, Esq.
275 Madison Avenue, 34th Floor
New York, NY  10016
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: jstern@rosenlegal.com
Email: lrosen@rosenlegal.com