USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 15, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
  GARY ZAGAMI,                                        :
                                                      :
                          Plaintiff,                  :    15 Civ. 7194 (KPF)
                                                      :
              v.                                      :    ORDER
                                                      :
  CELLCEUTIX CORP., *et al.*,                         :
                                                      :
                          Defendants.                 :
                                                      :
------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

   As set forth during the conference held on July 15, 2016, Defendants' motion for sanctions will be due **August 15, 2016**. Plaintiff's opposition will be due **September 23, 2016**. Defendants' reply will be due **October 7, 2016**.

   SO ORDERED.

Dated:   July 15, 2016
         New York, New York

                                                    _____
                                                       KATHERINE POLK FAILLA
                                                       United States District Judge