# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of all Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) **Case No. 1:15-cv-7194 (KPF)** ) ) |
| v. | ) **ORAL ARGUMENT REQUESTED** ) ) |
| CELLCEUTIX CORPORATION, LEO EHRLICH, AND KRISHNA MENON, | ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION/REQUEST FOR FINDING OF "ABUSIVE LITIGATION" PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995

Cellceutix Corporation, Leo Ehrlich, and Krishna Menon (collectively, the "Defendants") respectfully move/request a finding of "Abusive Litigation" pursuant to the Private Securities Litigation Reform Act of 1995.

WHEREFORE, Defendants respectfully request that their motion/request be granted and that the Court award full attorneys' fees and costs incurred in this action.

Dated: August 15, 2016                                                         Respectfully Submitted,

**THE ASHCROFT LAW FIRM, LLC**

/s/ Michael J. Sullivan
200 State Street, 7th Floor
Boston, MA 02109
Telephone: 617-573-9400
MSullivan@Ashcroftlawfirm.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Michael J. Sullivan, hereby certify that on August 15, 2016, I electronically filed the foregoing document with the United States District Court for the Southern District of New York by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:


THE ROSEN LAW FIRM, P.A.
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Jonathan Stern, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com
Email:  jstern@rosenlegal.com

*Counsel for Plaintiffs*


                                                    /s/ Michael J. Sullivan
                                                    Michael J. Sullivan