**MANDATE**

N.Y.S.D. Case # 15-cv-7194(KPF)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of September, two thousand sixteen.

_____

Nicole O'Connell, individually and on behalf of all others similarly situated,

**ORDER**

Docket No. 16-2454

       Plaintiff,

Gary Zagami, individually and on behalf of all others similarly situated,

       Plaintiff-Appellant,

v.

Cellceutix Corporation, Leo Ehrlich, Krishna Menon,

       Defendants - Appellees.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 6, 2016

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

       For The Court:
       Catherine O'Hagan Wolfe,
       Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/06/2016