**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Jonathan Stern, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com
Email: jstern@rosenlegal.com

*Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GARY ZAGAMI, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCEUTIX CORPORATION, LEO EHRLICH, and KRISHNA MENON,<br><br>Defendants. | **Case No. 1:15-cv-7194 (KPF)**<br><br>**DECLARATION OF LAURENCE ROSEN** |

I, Laurence Rosen, declare and testify as follows:

1. I am the managing attorney of the Rosen Law Firm, PA, Counsel for Lead Plaintiff in this matter and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New York and before this Court. I make this Declaration in opposition to Defendants' Motion for Finding of "Abusive Litigation" Pursuant to the Private Securities Litigation Reform Act of 1995.

1

2. Prior to the filing of the Initial Complaint in this action, attorneys from my firm reviewed the allegations contained in the report by the short seller the Pump Stopper, reviewing the sources cited therein, and verifying that the sources relied upon by the Pump Stopper are reliable, and that the Pump Stopper accurately reflected their contents.

3. My firm received PSLRA certifications from both Nicole O'Connell and Gary Zagami prior to the completion of final drafts of the Initial and First Amended Complaints, respectively, and provided copies of the final version of the Complaints to the Plaintiffs before filing.

4. Attached as Exhibit 1 hereto is a true and correct copy of the Docket sheet for *Liu v. Credit Suisse First Boston Corp.*, 1:04-cv-03757 SAS (S.D.N.Y.).

5. Attached as Exhibit 2 hereto is a true and correct copy of the article *Johann Hari apologises over plagiarism and hands back Orwell prize* written by Lisa O'Connell and published by The Guardian on September 14, 2011.

Dated: September 23, 2016

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Jonathan Stern, Esq.
275 Madison Avenue, 34th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax: (212) 202-3827

*Counsel for Plaintiff and the Class*