# EXHIBIT 1

**1:04-cv-03757-SAS** Liu v. Credit Suisse First Boston Corp.
Shira A. Scheindlin, presiding
Date filed: 05/18/2004
Date terminated: 07/28/2005
Date of last filing: 08/03/2006

# History

| Doc. No. | Dates | Description |
|---|---|---|
| | *Filed & Entered:* 05/18/2004 | Case Accepted as Related |
| | *Docket Text:* CASE ACCEPTED AS RELATED TO MDL 1554. (jjm, ) | |
| | *Filed & Entered:* 05/18/2004 | Case Designation |
| | *Docket Text:* Magistrate Judge Douglas F. Eaton is so designated. (jjm, ) | |
| | *Filed & Entered:* 05/18/2004 | Remark |
| | *Docket Text:* DOCUMENT RECEIVED FROM SOUTHERN DISTRICT OF FLORIDA on 08/12/2003, Doc#5164 CERTIFIED TRUE COPY OF MDL TRANSFER ORDER FROM THE MDL PANEL...that pursuant, to 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in Southern District of Florida and the same hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorable Shira A. Scheindlin for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.... that plaintiffs' amended motion for inclusion of Larry L. Cannon v. Citigroup GlobalMarkets, Inc., et al., D. Colorado, C.A. No. 1:03-388 in MDL-1554 proceedings is deemed withdrawn. (dcap) (Entered: 11/22/2003). Original Document filed in 21-mc-92. (sac, ) | |
| 1 | *Filed & Entered:* 05/18/2004 | MDL Conditional Transfer In Order |
| | *Docket Text:* CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transferring this action from the United States District Court - Southern District of Florida, Case Number: 1:03-cv-20459, MDL Number: MDL 1554, M Number: M 21-92, to the United States District Court - Southern District of New York. (Signed by Judge MDL Panel on 8/12/03) (jjm, ) | |
| 2 | *Filed & Entered:* 05/21/2004 | Memorandum & Opinion |
| | *Docket Text:* OPINION AND ORDER #90122; for the reasons discussed above, Plaintiffs' motion for leave to amend their complaitn is granted with respect to all claims except those arising from transactions in Lante and New Focus stock. Plaintiffs' motion to add Robert W. Tenney as Lead Plaintiff is granted. Plaintiffs are directed to submit a revised proposed SAC, consistent with this Opinion, by 6/4/04. The Clerk is directed to close these motions. (Signed by Judge Shira A. Scheindlin on 5/21/04) (sac, ) | |
| 3 | *Filed:* 06/03/2004 *Entered:* 06/07/2004 | Memorandum & Opinion |
| | *Docket Text:* AMENDED OPINION AND ORDER #90122; Plaintiffs' motion for leave to amend their complaint is granted with respect to all claims except those arising from transactions in Lante and New Focus stock. Plaintiffs' motion to add Robert W. Tenney as lead plaintiff is granted. Plaintiffs are directed to submit a revised proposed SAC, consistent with this Opinion, by 6/4/04. The Clerk is directed to close these motions. (Signed by Judge Shira A. Scheindlin on 6/3/04) (sac, ) | |
| 4 | *Filed:* 06/08/2004 *Entered:* 06/10/2004 | Memorandum & Opinion |
| | *Docket Text:* SECOND AMENDED OPINION AND ORDER #90122; Plaintiffs' motion for leave to amend their complaint is granted with respect to all claims except those arising from transactions in Lante and New Focus stock. Plaintiffs' motion to add Robert W. Tenney as lead plaintiff is granted. Plaintiffs are directed to | |

| | | | |
|---|---|---|---|
| | | | submit a revised proposed SAC, consistent with this Opinion, by 6/4/04. The Clerk is directed to close these motions. (Signed by Judge Shira A. Scheindlin on 6/4/04) (sac, ) |
| 8 | *Filed:* *Entered:* *Terminated:* | 06/23/2004 07/19/2004 03/25/2005 | Motion to Approve |
| | *Docket Text:* MOTION (FILED ON SERVICE DATE); for an order, for approval of his selection of Lead Counsel of John Watts, of the Firm: Yearout & Traylor, P.C., as Lead Counsel. Document filed by Robert W. Tenney. (sac, ) | | |
| 5 | *Filed:* *Entered:* | 07/08/2004 07/12/2004 | Order |
| | *Docket Text:* ORDER: attorney John Watts, of the firm Yearout & Traylor, P.C., is hereby appointed as lead counsel. (Signed by Judge Shira A. Scheindlin on 7/2/04) (db, ) | | |
| | *Filed:* *Entered:* | 07/16/2004 07/19/2004 | Set Answer Due Date for Amended Pleadings |
| | *Docket Text:* Set Answer Due Date re: [7] Amended Complaint,, as to Credit Suisse First Boston answer due on 7/26/2004; Credit Suisse First Boston (USA), Inc. answer due on 7/26/2004; Credit Suisse First Boston Corp. answer due on 7/26/2004; Credit Suisse Group answer due on 7/26/2004; Efficient Networks, Inc. answer due on 7/26/2004; Lightspan Partnership, Inc. answer due on 7/26/2004; Tanning Technology Corp. answer due on 7/26/2004; Tumbleweed Communications Corp. answer due on 7/26/2004; eMachines, Inc. answer due on 7/26/2004. (sac, ) | | |
| 6 | *Filed:* *Entered:* | 07/16/2004 07/19/2004 | Order |
| | *Docket Text:* ORDER; The Court, having considered plaintiffs' Revised Second Amended Complaint and having received no objections from any defendant and pursuant to the Court's Opinion and Order dated 6/4/04, directs the Clerk to accept the attached Revised Second Amended Complaint for filing. (Signed by Judge Shira A. Scheindlin on 6/16/04) (sac, ) | | |
| 7 | *Filed:* *Entered:* | 07/16/2004 07/19/2004 | Amended Complaint |
| | *Docket Text:* REVISED SECOND AMENDED COMPLAINT against eMachines, Inc., Credit Suisse First Boston, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston Corp., Credit Suisse Group, Efficient Networks, Inc., Lightspan Partnership, Inc., Larry G. Tanning, Tumbleweed Communications Corp..Document filed by Antoine Kasprzak, Sharon Brewer, Henry Ciesielski, Ellen Dulberger, Mary Gorton, Ed Grier, LLoyd Hinn, Carla Kelly, Amy Liu, Craig Mason, Jennie Papuzza, Robert Tate, Robert Tenney, Frank Turk, Stanley Warren.(sac, ) | | |
| 9 | *Filed:* *Entered:* | 07/30/2004 08/02/2004 | Stipulation and Order |
| | *Docket Text:* STIPULATION AND ORDER regarding briefing schedule on motions to dismiss, as further set forth in this document. (Signed by Judge Shira A. Scheindlin on 7/27/07) (cd, ) | | |
| 10 | *Filed:* *Entered:* *Terminated:* | 08/04/2004 08/06/2004 09/09/2004 | Motion for Leave to File Document |
| | *Docket Text:* MOTION (FILED ON SERVICE DATE) for Leave to File an Amended Complaint. Document filed by Antoine Kasprzak, Amy Liu. (cd, ) | | |
| 11 | *Filed:* *Entered:* | 08/06/2004 08/09/2004 | Order of Dismissal |
| | *Docket Text:* ORDER OF DISMISSAL, Pursuant to 41(a)(1) of the Fed. R. of Civ. P., Plainitffs' Notice of Dismissal of Lloyd Hinn is hereby accepted and he is deemed to be dismissed without prejudice from this case, all other claims and all other Plaintiffs being unaffected by this dismissal. (Signed by Judge Shira A. Scheindlin on 8/4/04) (dt, ) | | |

| | | | |
|---|---|---|---|
| 12 | *Filed:*<br>*Entered:* | 08/06/2004<br>08/09/2004 | Notice of Voluntary Dismissal - Signed |
| | *Docket Text:* NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the FRCP on behalf of Lloyd Hinn as follows: no dft has filed an answer or a motion for summary judgment; Sharon Brewer will continue as a proposed class representative for the Tumbleweed class; purs. to Rule 41(a) the intention of this filing is that the dismissal will be without prejudice as Mr. Hinn has not previously brought any similar claims against any of the dfts in the present case; no other claims or plaintiffs will be affected by the dismissal of Mr. Hinn's claims. (Signed by Judge Shira A. Scheindlin on 8/6/04) (dle, ) | | |
| 13 | *Filed & Entered:* | 09/09/2004 | Order on Motion for Leave to File Document |
| | *Docket Text:* ORDER granting [10] Motion for Leave to File Document ORDER granting plaintiffs' motion for leave to amend their Second Amended Complaint and setting new briefing schedule for motion to dismiss. (Signed by Judge Shira A. Scheindlin on 9/9/2004) (Huth, Karl) | | |
| | *Filed:*<br>*Entered:* | 09/14/2004<br>09/20/2004 | Set/Reset Scheduling Order Deadlines |
| | *Docket Text:* Set/Reset Scheduling Order Deadlines: dfts Motion to dismiss due by 9/30/2004. Responses due by 11/29/2004 Replies due by 12/20/2004. (pl, ) | | |
| 14 | *Filed:*<br>*Entered:* | 09/14/2004<br>09/20/2004 | Order |
| | *Docket Text:* ORDER; granting re: [10] MOTION (FILED ON SERVICE DATE) for Leave to File. filed by Amy Liu, Antoine Kasprzak in the manner that is set forth in this Order; dfts may submit their motion to dismiss on or before 9/30/04; plaitniffs may submit an opposition brief by 11/29/04; and dfts may reply by 12/20/04. (Signed by Judge Shira A. Scheindlin on 9/9/04) (pl, ) | | |
| | *Filed:*<br>*Entered:* | 09/30/2004<br>10/04/2004 | Set Answer Due Date for Amended Pleadings |
| | *Docket Text:* Set Answer Due Date re: [18] Third Amended Complaint as to Credit Suisse First Boston answer due on 10/11/2004; Credit Suisse First Boston (USA), Inc. answer due on 10/11/2004; Credit Suisse First Boston Corp. answer due on 10/11/2004; Credit Suisse Group answer due on 10/11/2004; Efficient Networks, Inc. answer due on 10/11/2004; Lightspan Partnership, Inc. answer due on 10/11/2004; Tanning Technology Corp. answer due on 10/11/2004; Tumbleweed Communications Corp. answer due on 10/11/2004; eMachines, Inc. answer due on 10/11/2004. (sac, ) | | |
| 15 | *Filed & Entered:*<br>*Terminated:* | 09/30/2004<br>04/01/2005 | Motion to Dismiss |
| | *Docket Text:* MOTION to Dismiss *Notice of Motion to Dismiss the Third Amended Complaint*. Document filed by Credit Suisse First Boston, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston Corp., Credit Suisse Group. (Vigeland, Peter) | | |
| 16 | *Filed & Entered:* | 09/30/2004 | Memorandum of Law in Support of Motion |
| | *Docket Text:* MEMORANDUM OF LAW in Support re: [15] MOTION to Dismiss *Notice of Motion to Dismiss the Third Amended Complaint*.. Document filed by Credit Suisse First Boston, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston Corp., Credit Suisse Group. (Vigeland, Peter) | | |
| 17 | *Filed & Entered:* | 09/30/2004 | Declaration in Support of Motion |
| | *Docket Text:* DECLARATION of Exhibit Book and Declaration of Robrt W. Trenchard in Support of the Motion to Dismiss The Third Amended Complaint Vol.1 & Vol.2 in Support re: [15] MOTION to Dismiss *Notice of Motion to Dismiss the Third Amended Complaint*.. Document filed by Credit Suisse First Boston, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston Corp., Credit Suisse Group. (Attachments: # (1))(Vigeland, Peter) | | |
| 18 | *Filed:*<br>*Entered:* | 09/30/2004<br>10/04/2004 | Amended Complaint |
| | *Docket Text:* THIRD AMENDED COMPLAINT amending [7] Amended Complaint,, against Credit Suisse | | |

| | | | |
|---|---|---|---|
| | First Boston, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston Corp., Credit Suisse Group, Efficient Networks, Inc., Lightspan Partnership, Inc., Tanning Technology Corp., Tumbleweed Communications Corp., eMachines, Inc..Document filed by Sharon Brewer, Henry Ciesielski, Ellen Dulberger, Mary Gorton, Ed Grier, LLoyd Hinn, Antoine Kasprzak, Carla Kelly, Amy Liu, Craig Mason, Jennie Papuzza, Robert Tate, Robert Tenney, Frank Turk, Stanley Warren. Related document: [7] Amended Complaint,, filed by Mary Gorton, Robert Tate, Amy Liu, Robert Tenney, Carla Kelly, Henry Ciesielski, Ed Grier, Frank Turk, Jennie Papuzza, Stanley Warren, Ellen Dulberger, Craig Mason, Sharon Brewer, LLoyd Hinn, Antoine Kasprzak.(sac, ) | | |
| 19 | *Filed:* 09/30/2004<br>*Entered:* 10/04/2004<br>*Terminated:* 04/01/2005 | | Motion to Dismiss |
| | *Docket Text:* MOTION (FILED ON SERVICE DATE) for an order, to dismiss the Third Amended Complaint. Document filed by Efficient Networks, Inc., Lightspan Partnership, Inc., Tanning Technology Corp., Tumbleweed Communications Corp., eMachines, Inc.. Return Date set for 12/20/2004 at 10:00 AM... Received in the night deposit box on 9/30/04 at 5:49 P.M..(sac, ) | | |
| 20 | *Filed:* 09/30/2004<br>*Entered:* 10/04/2004 | | Memorandum of Law in Support of Motion |
| | *Docket Text:* MEMORANDUM OF LAW in Support re: [19] MOTION (FILED ON SERVICE DATE) for an order, to dismiss the Third Amended Complaint. Document filed by Efficient Networks, Inc., Lightspan Partnership, Inc., Tanning Technology Corp., Tumbleweed Communications Corp., eMachines, Inc.. Received in the night deposit box on 9/30/04 at 5:49 P.M..(sac, ) | | |
| 21 | *Filed:* 09/30/2004<br>*Entered:* 10/04/2004 | | Declaration in Support of Motion |
| | *Docket Text:* DECLARATION of Daniel M. Perry in Support re: [19] MOTION (FILED ON SERVICE DATE) for an order, to dismiss the Third Amended Complaint. Document filed by Efficient Networks, Inc., Lightspan Partnership, Inc., Tanning Technology Corp., Tumbleweed Communications Corp., eMachines, Inc.. Received in the night deposit box on 9/30/04 at 5:49 P.M. (sac, ) | | |
| 22 | *Filed:* 09/30/2004<br>*Entered:* 10/04/2004<br>*Terminated:* 04/01/2005 | | Motion to Dismiss |
| | *Docket Text:* MOTION (FILED ON SERVICE DATE) to Dismiss and INCORPORATED MEMORANDUM OF LAW. Document filed by eMachines, Inc.. Received in the night deposit box on 9/30/04 at 5:49 P.M.. (sac, ) | | |
| 23 | *Filed:* 09/30/2004<br>*Entered:* 10/04/2004 | | Remark |
| | *Docket Text:* REQUEST FOR JUDICIAL NOTICE. Document filed by eMachines, Inc.. Received in the night deposit box on 9/30/04 at 5:49 P.M.. (sac, ) | | |
| 24 | *Filed:* 09/30/2004<br>*Entered:* 10/04/2004<br>*Terminated:* 04/01/2005 | | Motion to Dismiss |
| | *Docket Text:* MOTION (FILED ON SERVICE DATE) for an order, to dismiss all claims against it because the only plaintiff who claims to have purchased its stock lacks standing. Document filed by Tanning Technology Corp.. Received in the night deposit box on 9/30/04 at 5:49 P.M.. (sac, ) | | |
| 25 | *Filed:* 09/30/2004<br>*Entered:* 10/04/2004 | | Declaration in Support of Motion |
| | *Docket Text:* DECLARATION of Mitchell E. Herr in Support re: [24] MOTION (FILED ON SERVICE DATE) for an order, to dismiss all claims against it because the only plaintiff who claims to have purchased its stock lacks standing. Document filed by Tanning Technology Corp.. (sac, ) | | |

| 26 | Filed: 10/01/2004<br>Entered: 10/08/2004<br>Terminated: 04/01/2005 | Motion to Dismiss |
|----|---|---|
| | *Docket Text:* MOTION (FILED ON SERVICE DATE) for an order, dismissing the Third Amended Complaint in its entirety for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) and for failure to meet the requirements of the Private Securities Litigation Reform Act of 1995. Document filed by Credit Suisse First Boston, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston Corp., Credit Suisse Group. (sac, ) | |
| 27 | Filed: 10/01/2004<br>Entered: 10/08/2004 | Memorandum of Law in Support of Motion |
| | *Docket Text:* MEMORANDUM OF LAW in Support re: [26] MOTION (FILED ON SERVICE DATE) for an order, dismissing the Third Amended Complaint in its entirety for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) and for failure to meet the requirements of the Private Securities Litigation Reform Act of 1995. Document filed by Credit Suisse First Boston, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston Corp., Credit Suisse Group. (sac, ) | |
| 28 | Filed: 10/01/2004<br>Entered: 10/08/2004 | Declaration in Support of Motion |
| | *Docket Text:* (VOLUME I) EXHIBIT BOOK AND DECLARATION of Robert W. Trenchard in Support re: [26] MOTION (FILED ON SERVICE DATE) for an order, dismissing the Third Amended Complaint in its entirety for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) and for failure to meet the requirements of the Private Securities Litigation Reform Act of 1995. Document filed by Credit Suisse First Boston, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston Corp., Credit Suisse Group. (sac, ) | |
| 29 | Filed: 10/01/2004<br>Entered: 10/08/2004 | Declaration in Support of Motion |
| | *Docket Text:* (VOLUME II) EXHIBIT AND DECLARATION of Rober W. Trenchard in Support re: [26] MOTION (FILED ON SERVICE DATE) for an order, dismissing the Third Amended Complaint in its entirety for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) and for failure to meet the requirements of the Private Securities Litigation Reform Act of 1995. Document filed by Credit Suisse First Boston, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston Corp., Credit Suisse Group. (sac, ) | |
| | Filed: 10/04/2004<br>Entered: 10/12/2004 | Affidavit of Service Other |
| | *Docket Text:* AMENDED AFFIDAVIT OF SERVICE of Notice of Motion and Supporting documents served on Yearot & Traylor; Holland & Knight; Sheppard, Mullin, Richter & Hampton; Munger Tolles & Olson; Milbank Tweed, Hadley & McCloy on 9/30/2004. Service was made by Overnight Courier Service. Original document filed under case number 21-mc-92, document number 5369. (jp, ) | |
| 31 | Filed: 10/07/2004<br>Entered: 10/18/2004<br>Terminated: 04/01/2005 | Motion to Dismiss |
| | *Docket Text:* MOTION (FILED ON SERVICE DATE) to Dismiss. Document filed by Credit Suisse First Boston, Credit Suisse Group. (jco, ) | |
| 32 | Filed: 10/08/2004<br>Entered: 10/18/2004 | Declaration in Support of Motion |
| | *Docket Text:* DECLARATION of Peter K. Vigeland in Support re: [31] MOTION (FILED ON SERVICE DATE) to Dismiss. (jco, ) | |
| 33 | Filed: 10/08/2004<br>Entered: 10/18/2004 | Memorandum of Law in Support of Motion |

| | | | |
|---|---|---|---|
| | *Docket Text:* MEMORANDUM OF LAW in Support re: [31] MOTION (FILED ON SERVICE DATE) to Dismiss. Document filed by Credit Suisse First Boston, Credit Suisse Group. (jco, ) | | |
| 34 | *Filed:* *Entered:* | 10/08/2004 10/18/2004 | Declaration in Support of Motion |
| | *Docket Text:* DECLARATION of Beatrice Fischer in Support re: [31] MOTION (FILED ON SERVICE DATE) to Dismiss. (jco, ) | | |
| 30 | *Filed:* *Entered:* | 10/12/2004 10/18/2004 | Declaration in Support of Motion |
| | *Docket Text:* DECLARATION of Beatrice Fischer in Support re: [26] MOTION (FILED ON SERVICE DATE) to Dismiss. (jco, ) | | |
| | *Filed:* *Entered:* | 11/18/2004 11/22/2004 | Affidavit |
| | *Docket Text:* AFFIDAVIT OF TRANSLATION of Kristin Rebien. ORIGINAL DOCUMENT FILED IN 21MC92, DOC#5384. (sac, ) | | |
| 35 | *Filed:* *Entered:* | 11/30/2004 12/07/2004 | Response in Opposition to Motion |
| | *Docket Text:* RESPONSE in Opposition re: [19] MOTION (FILED ON SERVICE DATE) to Dismiss., [22] MOTION (FILED ON SERVICE DATE) to Dismiss., [15] MOTION to Dismiss *Notice of Motion to Dismiss the Third Amended Complaint.*, [24] MOTION (FILED ON SERVICE DATE) to Dismiss., [31] MOTION (FILED ON SERVICE DATE) to Dismiss., [26] MOTION (FILED ON SERVICE DATE) to Dismiss.. Document filed by Antoine Kasprzak, Amy Liu et al. (cd, ) | | |
| | *Filed:* *Entered:* | 12/03/2004 12/07/2004 | Response |
| | *Docket Text:* SUPPLEMENTAL RESPONSE in opposition to Defendants' Motions to Dismiss. Document filed by Plaintiffs'; Amy Liu, Antoine Kasprazak, robert Tenney, Robert Tate, Mary Gorton, Carla Kelly, Henry Ciesielski, Ed Grier, Frank Turk, Jennie Papuzza, Stanley Warren, Ellen Dulberger, Graig Mason, Sharon Brewer. Original Document Filed in 21MC92, Doc#5386. (sac, ) | | |
| | *Filed:* *Entered:* | 12/03/2004 12/07/2004 | Case No Longer Designated ECF |
| | *Docket Text:* Case Not Designated ECF. Any Document Filed In This Action Electronically Must Have Original Document Filed As Of That Date. Attorneys Must Submit Documents. (sac, ) | | |
| | *Filed:* *Entered:* | 12/20/2004 01/10/2005 | Reply Memorandum of Law in Support of Motion |
| | *Docket Text:* REPLY MEMORANDUM OF LAW in Support re: [22] MOTION (FILED ON SERVICE DATE) to Dismiss. Document filed by eMachines, Inc.. Original Document filed in 21mc92, Doc#5392. (sac, ) | | |
| | *Filed:* *Entered:* | 12/20/2004 01/10/2005 | Reply Memorandum of Law in Support of Motion |
| | *Docket Text:* REPLY MEMORANDUM OF LAW in Support re: [19] MOTION (FILED ON SERVICE DATE) for an order, to dismiss the Third Amended Complaint. Document filed by Efficient Networks, Inc., Lightspan Partnership, Inc., Tanning Technology Corp., Tumbleweed Communications Corp., eMachines, Inc.. Original Document filed in 21mc92, Doc#5393. (sac, ) | | |
| | *Filed:* *Entered:* | 12/20/2004 01/10/2005 | Reply Memorandum of Law in Support of Motion |
| | *Docket Text:* REPLY MEMORANDUM OF LAW in Support re: [24] MOTION (FILED ON SERVICE DATE) for an order, to dismiss all claims against it because the only plaintiff who claims to have purchased its stock lacks standing. Document filed by Tanning Technology Corp.. Original Document filed in 21mc92, Doc#5394. (sac, ) | | |

|    | *Filed:*<br>*Entered:* | 12/27/2004<br>01/10/2005 | Reply Memorandum of Law in Support of Motion |
|----|------------------------|--------------------------|-----------------------------------------------|
|    | *Docket Text:* REPLY MEMORANDUM OF LAW in Support re: [26] MOTION (FILED ON SERVICE DATE) for an order, dismissing the Third Amended Complaint in its entirety for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) and for failure to meet the requirements of the Private Securities Litigation Reform Act of 1995. Document filed by Credit Suisse First Boston, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston Corp., Credit Suisse Group. Document filed by Ellen Dulberger, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston, Credit Suisse Group, Credit Suisse First Boston Corp.. Original Document filed in 21mc92, Doc#5396. (sac, ) | | |
|    | *Filed:*<br>*Entered:* | 12/27/2004<br>01/10/2005 | Reply Memorandum of Law in Support of Motion |
|    | *Docket Text:* REPLY MEMORANDUM OF LAW in Support re: [31] MOTION (FILED ON SERVICE DATE) to Dismiss. Document filed by Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston, Credit Suisse Group, Credit Suisse First Boston Corp.. Original Documetn filed in 21mc92, Doc#5397. (sac, ) | | |
|    | *Filed:*<br>*Entered:* | 12/27/2004<br>01/10/2005 | Declaration in Support of Motion |
|    | *Docket Text:* DECLARATION of Martin Taufer in Support re: [26] MOTION (FILED ON SERVICE DATE) for an order, dismissing the Third Amended Complaint in its entirety for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) and for failure to meet the requirements of the Private Securities Litigation Reform Act of 1995. Document filed by Credit Suisse First Boston, Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston Corp., Credit Suisse Group. Document filed by Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston, Credit Suisse Group, Credit Suisse First Boston Corp.. Original Document filed in 21mc92, Doc#5398. (sac, ) | | |
|    | *Filed & Entered:*<br>*Terminated:* | 03/25/2005<br>03/25/2005 | Motion to Amend/Correct |
|    | *Docket Text:* MOTION for an order, for leave to amend, or in the alternative; for an order, for leave to intervene.Document filed by Robert Tenney, Robert Tate, Mary Gorton, Carla Kelly, Henry Ciesielski, Ed Grier, Frank Turk, Jennie Papuzza, Stanley Warren, Ellen Dulberger, Craig Mason, Sharon Brewer, LLoyd Hinn, Amy Liu, Robert W. Tenney, Antoine Kasprzak. Original Document filed in 21mc92, Doc#5426. (sac, ) | | |
| 36 | *Filed:*<br>*Entered:* | 04/01/2005<br>04/04/2005 | Memorandum & Opinion |
|    | *Docket Text:* MEMORANDUM AND OPINION # 91449 for the reasons set forth in this opinion, plaintiffs' third amended complaint is dismissed with prejudice. A conference to discuss pending motions for sanctions is scheduled for 4:30 p.m. on 4/12/05 in courtroom 15C. the clerk is directed to close these motions (nos. 15,19,22,24,26, and 31). (Signed by Judge Shira A. Scheindlin on 3/31/05) (dle, ) | | |
| 37 | *Filed:*<br>*Entered:*<br>*Terminated:* | 04/15/2005<br>04/22/2005<br>04/15/2005 | Motion to Vacate |
|    | *Docket Text:* MOTION (FILED ON SERVICE DATE) Purs. to Rule 59(e) to Alter, Amend, or Vacate [36] Memorandum & Opinion, dated 4/1/05, Dismissing The Plaintiffs' Complaint. Document filed by Robert Tenney, Robert Tate, Mary Gorton, Carla Kelly, Henry Ciesielski, Ed Grier, Frank Turk, Jennie Papuzza, Stanley Warren, Ellen Dulberger, Craig Mason, Sharon Brewer, LLoyd Hinn, Amy Liu, John T. Kernan, Lightspan Partnership, Inc., Robert W. Tenney, Antoine Kasprzak; w/ attached Memorandum of Law in Support. (ae, ) | | |
| 38 | *Filed & Entered:* | 04/29/2005 | Transcript |
|    | *Docket Text:* TRANSCRIPT of proceedings held on 4/12/05 before Judge Shira A. Scheindlin. (mo, ) | | |

|    | Filed:<br>Entered: | 05/16/2005<br>05/17/2005 | Memorandum & Opinion |
|----|---|---|---|
|    | *Docket Text:* OPINION AND ORDER #91628; re: plaintiffs' motion to reconsider is granted in part. The discussion contained in this Opinion supplemnets the 4/1/05 Opinion with respect to its discussion of transaction causation and loss causation. For the reasons stated in the Opinion and my April 1 Opinion, plaintiffs' Third Amended Complaint is dismissed. Defendants may submit letters in support of their contention that sanctions should be granted, not to exceed a total of ten pages for all defendants, by 5/27/05. Plaintiffs' response, if any, is due 6/6/05. (Signed by Judge Shira A. Scheindlin on 5/13/05). Original Document filed in 21mc92, Doc#5444. (sac, ) |||
| 39 | Filed:<br>Entered: | 06/06/2005<br>06/07/2005 | Endorsed Letter |
|    | *Docket Text:* ENDORSED LETTER addressed to Judge Shira A. Sheindlin from Michael L. Hirschfeld dated 5/27/05 re: defendants request is GRANTED. The Rule 11 briefing schedule is postponed pending further order of this Court. (Signed by Judge Shira A. Scheindlin on 5/31/05) (db, ) |||
| 40 | Filed:<br>Entered:<br>Terminated: | 06/10/2005<br>06/23/2005<br>08/03/2006 | Notice of Appeal |
|    | *Docket Text:* NOTICE OF APPEAL from Memorandum & Opinion, [36] Memorandum & Opinion. Document filed by Robert Tenney, Robert Tate, Mary Gorton, Carla Kelly, Henry Ciesielski, Ed Grier, Frank Turk, Jennie Papuzza, Stanley Warren, Ellen Dulberger, Craig Mason, Sharon Brewer, LLoyd Hinn, Amy Liu, Robert W. Tenney, Antoine Kasprzak. Filing fee $ 255.00, receipt number 546328. This Document Relates to: 21mc92... (sac, ) |||
|    | Filed:<br>Entered:<br>Terminated: | 06/16/2005<br>06/24/2005<br>08/03/2006 | Transmission of Notice of Appeal and Docket Sheet to USCA |
|    | *Docket Text:* Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [40] Notice of Appeal. (tp, ) |||
|    | Filed:<br>Entered:<br>Terminated: | 06/16/2005<br>06/24/2005<br>08/03/2006 | Transmission of Notice of Appeal to District Judge |
|    | *Docket Text:* Transmission of Notice of Appeal to the District Judge re: [40] Notice of Appeal. (tp, ) |||
|    | Filed:<br>Entered: | 06/24/2005<br>07/05/2005 | Notice (Other) |
|    | *Docket Text:* PLAINTIFFS' NOTICE regarding Transcripts pursuant to Rule 10(b)(1)(B) of the Federal Rules of Appellate Procedure. Document filed by Robert Tenney, Robert Tate, Mary Gorton, Carla Kelly, Henry Ciesielski, Ed Grier, Frank Turk, Jennie Papuzza, Stanley Warren, Ellen Dulberger, Craig Mason, Sharon Brewer, LLoyd Hinn, Amy Liu, Robert W. Tenney, Antoine Kasprzak. Original Document filed in 21MC92, Doc#5464. (sac, ) |||
|    | Filed:<br>Entered: | 06/28/2005<br>07/01/2005 | Memorandum & Opinion |
|    | *Docket Text:* OPINION AND ORDER #91791; re: plaintiffs' second motion for reconsideration is denied in its entirety. The Clerk is directed to close this motion and this case. (Signed by Judge Shira A. Scheindlin on 6/27/05) Original Document filed in 21MC92, Doc#5463.(sac, ) |||
|    | Filed:<br>Entered: | 07/26/2005<br>07/29/2005 | Response |
|    | *Docket Text:* RESPONSE in Opposition to Rule 11 Sanctions.. Document filed by Robert Tenney, Robert Tate, Mary Gorton, Carla Kelly, Henry Ciesielski, Ed Grier, Frank Turk, Jennie Papuzza, Stanley Warren, Ellen Dulberger, Craig Mason, Sharon Brewer, LLoyd Hinn, Amy Liu, Antoine Kasprzak. Original Document filed in 21MC92, Doc#5468.(sac, ) |||

| 41 | Filed:<br>Entered:<br>Terminated: | 07/26/2005<br>07/27/2005<br>08/03/2006 | Amended Notice of Appeal |
|---|---|---|---|
| | *Docket Text:* AMENDED NOTICE OF APPEAL re: [40] Notice of Appeal, Memorandum & Opinion. Document filed by Robert Tenney, Robert Tate, Mary Gorton, Carla Kelly, Henry Ciesielski, Ed Grier, Frank Turk, Jennie Papuzza, Stanley Warren, Ellen Dulberger, Craig Mason, Sharon Brewer, LLoyd Hinn, Amy Liu, Robert W. Tenney, Antoine Kasprzak. Copies of Amended Notice of Appeal mailed to Attorney(s) of Record: Milbank Tweed Hadley & McCloy; Holland & Knight, LLP; Sheppard, Mullin, Richter & Hampton, LLP; Munger, Tolles & Olson; Wilmer, Cutler, Pickering, LLP. This Document Relates to Case 21 MC 92(SAS). (tp, ) | | |
| | Filed & Entered:<br>Terminated: | 07/27/2005<br>08/03/2006 | Transmission of Notice of Appeal and Docket Sheet to USCA |
| | *Docket Text:* Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [41] Amended Notice of Appeal. (tp, ) | | |
| | Filed & Entered:<br>Terminated: | 07/27/2005<br>08/03/2006 | Transmission of Notice of Appeal to District Judge |
| | *Docket Text:* Transmission of Notice of Appeal to the District Judge re: [41] Amended Notice of Appeal. (tp, ) | | |
| | Filed:<br>Entered: | 07/28/2005<br>08/02/2005 | Memorandum & Opinion |
| | *Docket Text:* OPINION AND ORDER #91919; re: Plaintiffs have satisfied the requirements of Rule 11(b). Accordingly, defendants' requests for sanctions are denied in their entirety. The Clerk is directed to close this case. (Signed by Judge Shira A. Scheindlin on 7/27/05) Original Document filed in 21MC92, Doc#5469.(sac, ) | | |
| 42 | Filed:<br>Entered: | 08/02/2005<br>08/04/2005 | Endorsed Letter |
| | *Docket Text:* ENDORSED LETTER addressed to Mr. Huth from Dan Perry dated 7/29/05 re: Defendants' request is hereby granted. The docket for this case, No. 03Civ3757, shall include the letter of 7/5/05 & 7/12/05, in support of Defendants' motions for sanctions. (Signed by Judge Shira A. Scheindlin on 8/1/05) (sac, ) | | |
| 43 | Filed:<br>Entered: | 08/02/2005<br>08/09/2005 | Letter |
| | *Docket Text:* LETTER MOTION addressed to Judge Scheindlin from Peter K. vigeland dated 7/12/05 re: counsel requests that any award of sanctions include reasonable attorneys' fees and expenses incurred by clients in the defense of this action. Document filed by Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston, Credit Suisse Group, Credit Suisse First Boston Corp..(djc, ) | | |
| 44 | Filed:<br>Entered:<br>Terminated: | 08/17/2005<br>08/18/2005<br>08/03/2006 | Appeal Record Sent to USCA - Index |
| | *Docket Text:* Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for [41] Amended Notice of Appeal,, filed by Mary Gorton,, Robert Tate,, Amy Liu,, Robert Tenney,, Carla Kelly,, Henry Ciesielski,, Ed Grier,, Frank Turk,, Jennie Papuzza,, Stanley Warren,, Ellen Dulberger,, Craig Mason,, Sharon Brewer,, LLoyd Hinn,, Robert W. Tenney,, Antoine Kasprzak,, [40] Notice of Appeal, filed by Mary Gorton,, Robert Tate,, Amy Liu,, Robert Tenney,, Carla Kelly,, Henry Ciesielski,, Ed Grier,, Frank Turk,, Jennie Papuzza,, Stanley Warren,, Ellen Dulberger,, Craig Mason,, Sharon Brewer,, LLoyd Hinn,, Robert W. Tenney,, Antoine Kasprzak, USCA Case Number 05-3430-cv, 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp, ) | | |
| | Filed:<br>Entered: | 08/25/2005<br>08/29/2005 | Transmission of Notice of Appeal and Docket Sheet to USCA |

| | | | |
|---|---|---|---|
| | *Terminated:* | 08/03/2006 | |
| | *Docket Text:* Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [45] Notice of Appeal. (nd, ). | | |
| 45 | *Filed:* <br> *Entered:* <br> *Terminated:* | 08/25/2005 <br> 08/29/2005 <br> 08/03/2006 | Notice of Interlocutory Appeal |
| | *Docket Text:* NOTICE OF APPEAL from Memorandum & Opinion,. Document filed by Efficient Networks, Inc., eMachines, Inc., Lightspan Partnership, Inc., Tanning Technology Corp., Tumbleweed Communications Corp. Filing fee $ 255.00, receipt number E 553604. Copies of Notice of Interlocutory Appeal mailed to Attorney(s) of Record: Yearout & Traylor, P.C. and Wilmer, Cutler & Pickering. (nd, ). | | |
| | *Filed:* <br> *Entered:* <br> *Terminated:* | 08/26/2005 <br> 08/29/2005 <br> 08/03/2006 | Transmission of Notice of Appeal to District Judge |
| | *Docket Text:* Transmission of Notice of Appeal to the District Judge re: [45] Notice of Appeal. (nd, ). | | |
| | *Filed & Entered:* <br> *Terminated:* | 08/30/2005 <br> 08/03/2006 | Transmission of Notice of Appeal to District Judge |
| | *Docket Text:* Transmission of Notice of Appeal to the District Judge re: [46] Notice of Appeal. (nd, ). | | |
| | *Filed & Entered:* <br> *Terminated:* | 08/30/2005 <br> 08/03/2006 | Transmission of Notice of Appeal and Docket Sheet to USCA |
| | *Docket Text:* Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [46] Notice of Appeal,. (nd, ). | | |
| 46 | *Filed & Entered:* <br> *Terminated:* | 08/30/2005 <br> 08/03/2006 | Notice of Interlocutory Appeal |
| | *Docket Text:* NOTICE OF APPEAL from Memorandum & Opinion,. Document filed by Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston, Credit Suisse Group, Credit Suisse First Boston Corp.. Filing fee $ 255.00, receipt number E 553843. Copies of Notice of Interlocutory Appeal mailed to Attorney(s) of Record: Yearout & Traylor, P.C., Wilmer, Cutler & Pickering, Sheppard, Mullin, Richter & Hampton LLP, Holland & Knight LLP, Milbank, Tweed, Hadley & McCloy, L.L.P., Munger, Tolles & Olson LLP. (nd, ). | | |
| 47 | *Filed:* <br> *Entered:* | 09/07/2005 <br> 09/08/2005 | Letter |
| | *Docket Text:* LETTER addressed to Judge Shira A. Scheindlin from Peter K. Vigeland dated 7/12/05 re: requesting an award of sanctions under Fed. R. Civ. P. 11 and the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4(c). Document filed by Credit Suisse First Boston (USA), Inc., Credit Suisse First Boston, Credit Suisse Group, Credit Suisse First Boston Corp..(sac, ) | | |
| | *Filed & Entered:* <br> *Terminated:* | 09/13/2005 <br> 08/03/2006 | USCA Scheduling Order |
| | *Docket Text:* USCA SCHEDULING ORDER as to [40] Notice of Appeal, filed by Mary Gorton,, Robert Tate,, Amy Liu,, Robert Tenney,, Carla Kelly,, Henry Ciesielski,, Ed Grier,, Frank Turk,, Jennie Papuzza,, Stanley Warren,, Ellen Dulberger,, Craig Mason,, Sharon Brewer,, LLoyd Hinn,, Robert W. Tenney,, Antoine Kasprzak, USCA Case Number 05-3430-cv. Roseann B. MacKechnie, Clerk USCA. Appeal Record due by 10/12/2005. Appellant Brief due by 10/19/2005. Appellee Brief due by 11/18/2005. (nd, ) | | |
| 48 | *Filed:* <br> *Entered:* | 10/17/2005 <br> 10/18/2005 | Letter |
| | *Docket Text:* LETTER addressed to Judge Shira A. Scheindlin from Michael L. Hirschfeld dated 7/5/05 re: Counsel writes to request an award of sanctions under 15 U.S.c 78u-4(c) and F.R.C.P. 11. Document filed by Efficient Networks, Inc., Lightspan Partnership, Inc.(jco, ) | | |
| | *Filed & Entered:* | 08/03/2006 | Transmission of USCA Mandate/Order to District Judge |

| | | | |
|---|---|---|---|
| | Docket Text: Transmission of USCA Mandate/Order to the District Judge re: [49] USCA Mandate,,,,. (nd, ) | | |
| | Filed: | 08/03/2006 | Costs Taxed |
| | Entered: | 08/04/2006 | |
| | Docket Text: Costs Taxed as to [49] USCA Mandate,,,, USCA Case Number 05-3430-cv, 05-4759, 05-4760. in the amount of $909.22. Docketed as Judgment #06, 1736 on 8/4/2006 in favor of the aforementioned Credit Suisse Defendants-Appellees against Plaintiff-Appellants-Cross-Appellees Robert W. Tenney et al. (nd, ) | | |
| 49 | Filed & Entered: | 08/03/2006 | USCA Mandate |
| | Docket Text: MANDATE of USCA (Certified Copy) as to [45] Notice of Interlocutory Appeal, filed by Efficient Networks, Inc.,, eMachines, Inc.,, Lightspan Partnership, Inc.,, Tanning Technology Corp.,, Tumbleweed Communications Corp.,, [40] Notice of Appeal, filed by Mary Gorton,, Robert Tate,, Amy Liu,, Robert Tenney,, Carla Kelly,, Henry Ciesielski,, Ed Grier,, Frank Turk,, Jennie Papuzza,, Stanley Warren,, Ellen Dulberger,, Craig Mason,, Sharon Brewer,, LLoyd Hinn,, Robert W. Tenney,, Antoine Kasprzak,, [41] Amended Notice of Appeal,, filed by Mary Gorton,, Robert Tate,, Amy Liu,, Robert Tenney,, Carla Kelly,, Henry Ciesielski,, Ed Grier,, Frank Turk,, Jennie Papuzza,, Stanley Warren,, Ellen Dulberger,, Craig Mason,, Sharon Brewer,, LLoyd Hinn,, Robert W. Tenney,, Antoine Kasprzak,, [46] Notice of Interlocutory Appeal,, filed by Credit Suisse First Boston,, Credit Suisse Group,, Credit Suisse First Boston Corp.,, Credit Suisse First Boston (USA), Inc., USCA Case Number 05-3430-cv, 05-4759-cv, 05-4760-cv. Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED. Roseann B. MacKechnie, Clerk USCA. Issued As Mandate: 7/21/2006. (nd, ) | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/22/2016 16:11:28 | | | |
| PACER Login: | lr3505th:2590066:0 | Client Code: | Cellceutix - JS |
| Description: | History/Documents | Search Criteria: | 1:04-cv-03757-SAS |
| Billable Pages: | 9 | Cost: | 0.90 |